UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br>       Petitioner,<br> v.<br>CALVIN JOHNSON, *et al.*,<br>       Respondents. | Case No. 3:23-cv-00046-ART-CLB<br><br>ORDER |

  This habeas corpus action was initiated on February 2, 2023, by Mohamed Abdalla Mahmoud, who is incarcerated at the Northern Nevada Correctional Center. On that date, Mahmoud, acting *pro se*, submitted for filing an application to proceed *in forma pauperis* (ECF No. 1), a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1), and two motions for appointment of counsel (ECF Nos. 1-2, 1-3). On February 21, 2023, the Court denied Mahmoud's *in forma pauperis* application because it was not on the from required by this Court and because it was incomplete, and the Court granted Mahmoud an opportunity to file a new application. (ECF No. 4.)

  On April 26, 2023, Mahmoud filed a new application to proceed *in forma pauperis* (ECF No. 5). The information provided by Mahmoud in his *in forma pauperis* application shows that he is able to pay the $5 filing fee for this action. Therefore, the Court will deny Mahmoud's *in forma pauperis* application and will grant him time to pay the filing fee.

  It is therefore ordered that Petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 5) is denied. Petitioner will have 60 days from the date of this order to pay the $5 filing fee for this action.

1       It is further ordered that the Clerk of the Court is directed to update the docket in this case to reflect that Petitioner is now incarcerated at High Desert State Prison. (*See* ECF No. 5, p. 4.)

        It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Calvin Johnson is substituted for "Warden Breitenbach" as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

        DATED THIS 28th day of April, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE