UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　　　　　　　　Respondents. | Case No. 3:23-cv-00046-ART-CLB<br><br>ORDER |

　　　　Mohamed Abdalla Mahmoud initiated this habeas corpus action on February 2, 2023, but he has not yet paid the filing fee, so his petition has yet to be screened or filed. Mahmoud is currently due to pay the filing fee by June 27, 2023. (*See* ECF Nos. 4, 7.)

　　　　On June 15, 2023, Mahmoud filed a motion for extension of time to pay the filing fee (ECF No. 11). He indicates that he has taken action to pay the fee, but it may him take longer than June 27, 2023, to get the payment to the Court, so he asks for an extension to August 1, 2023. The Court finds that Mahmoud's motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time he requests.

　　　　It is therefore ordered that Petitioner's Request to Extend Time to Pay Case's Fees (ECF No. 11) is granted. Petitioner will have until and including August 1, 2023, to pay the $5 filing fee for this action.

///
///
///
///
///
///

1

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Brian Williams is substituted for Calvin Johnson as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 16th day of June, 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE